IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-96-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RYAN KEITH EVERETT, | ) | |
| | ) | |
| Defendant. | ) | |

This action comes now before the court upon *pro se* motion of defendant for amendment to judgment entered November 21, 2011, subsequently amended March 1, 2012, so that defendant's federal sentence of imprisonment is made concurrent with his state one. The government has not responded. The court has review the issue raised, and finds no basis in law or fact for the relief requested. As such, the motion is DENIED.

SO ORDERED, this the 31st day of January, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge